**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

| Document Number | Document Description | Pages | Document Error |
|---|---|---|---|
| Document | Main document | 4 | **DOCUMENT COULD NOT BE RETRIEVED!** **However, it may still be viewable individually.** |



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Maka EMS Service LLC

The debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---|---|
| Principal: | $ 4,667.64 |
| Interest through 2/9/17: | $ 1,348.75 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/9/17:**     **$ 6,016.39**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.25% annually (a rate of $1.31 per diem).

**CERTIFICATION:**   Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X   *Ashleigh Edmonds*
_____
February 09, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Maka EMS Service LLC

The debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $23,212.76 |
| Interest through 2/9/17: | $ 6,795.29 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/9/17:** **$30,008.05**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.25% annually (a rate of $6.52 per diem).

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X _Ashleigh Edmonds_

February 09, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Maka EMS Service LLC

The debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $70,067.70 |
| Interest through 2/9/17: | $20,248.93 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/9/17:   $90,316.63**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.25% annually (a rate of $19.68 per diem).

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X _Ashleigh Edmonds_

February 09, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Maka EMS Service LLC

The debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $72,673.62 |
| Interest through 2/9/17: | $21,270.91 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/9/17:** **$93,944.53**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.25% annually (a rate of $20.41 per diem).

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X   *Ashleigh Edmonds*
_____
February 09, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service